UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) LAW OFFICES OF JOSEPH F. KILADA PC  PH: (516) 222-0454
1 OLD COUNTRY ROAD STE 347 CARLE PLACE, NY 11514

Index Number: 14-CV-1797
Date Filed: 3/20/2014
Court/Return Date:

Winnie Gittens

vs

Mian Enterprises, Khursheed Ahmad, Gilbert Helou and Cynthia Leno

*Plaintiff*

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

**Kenneth R. Doyle**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **April 2, 2014**, at **12:30 pm** at **2157 Roosevelt Avenue, East Meadow, NY 11554**, Deponent served the within **Amended Summons in a Civil Action and Amended Complaint**

On: **Khursheed Ahmad**, <u>Defendant</u> therein named, (hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with  said individual to be  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to **Gilbert Helou (co-worker)** a person of suitable age and discretion. Said premises is subject's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

**Address confirmation:**

☒ **#5 MAILING**
On **April 2, 2014**, service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
**Sex:** Male     **Color of skin:** White     **Color of hair:** Bald    **Age:** 36 - 50 Yrs.
**Height:** 5'9"-6'0"  **Weight:** 161-200 Lbs.  **Other Features:** glasses

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on April 7, 2014

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
01R06055503, Qualified in Nassau County
Commission Expires February 26, 2015

Process Server, Please Sign
Kenneth R. Doyle
Job #: 1409509  Lic#
Client's File No.:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) LAW OFFICES OF JOSEPH F. KILADA PC  PH: (516) 222-0454
1 OLD COUNTRY ROAD STE 347 CARLE PLACE , NY 11514

Index Number: 14-CV-1797
Date Filed: 3/20/2014
Court/Return Date:

Winnie Gittens

vs

Mian Enterprises, Khursheed Ahmad, Gilbert Helou and Cynthia Leno

*Plaintiff*

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

Kenneth R. Doyle , being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On April 2, 2014, at 12:30 pm at 2167 Roosevelt Avenue , East Meadow, NY 11554, Deponent served the within **Amended Summons in a Civil Action and Amended Complaint**

On: Khursheed Ahmad , Defendant therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with  said individual to be  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Gilbert Helou (co-worker) a person of suitable age and discretion. Said premises is subject's:[X] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☒ **#5 MAILING**
On April 2, 2014 , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Male      Color of skin: White      Color of hair: Bald    Age: 36 - 50 Yrs.
Height: 5'9"-6'0"  Weight: 161-200 Lbs.  Other Features: glasses

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on April 7, 2014

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
01R06055503, Qualified in Nassau County
Commission Expires February 26, 2015

Process Server, Please Sign
Kenneth R. Doyle
Job #: 1409509   Lic#
Client's File No.:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) LAW OFFICES OF JOSEPH F. KILADA PC  PH: (516) 222-0454
1 OLD COUNTRY ROAD STE 347 CARLE PLACE , NY 11514 |

Index Number: 14-CV-1797
Date Filed: 3/20/2014
Court/Return Date:

Winnie Gittens

*vs*

Mian Enterprises, Khursheed Haman, Gilbert Helou and Cynthia Leno

*Plaintiff*

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

# AFFIDAVIT OF SERVICE

Kenneth R. Doyle , being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **April 2, 2014**, at **12:30 pm** at **2157 Roosevelt Avenue, East Meadow, NY 11554**, Deponent served the within **Summons in a Civil Action and Complaint, Civil Cover Sheet**

On: **Khursheed Haman**, **Defendant** therein named, ( hereinafter referred to as "subject").

☐ #1 INDIVIDUAL
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ #2 ENTITY/CORPORATION/LLC/LLP
By delivering to and leaving with  said individual to be  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ #3 SUITABLE AGE PERSON
By delivering thereat a true copy of each to **Gilbert Helou  (co-worker)** a person of suitable age and discretion. Said premises is subject's:[X] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ #4 AFFIXING TO DOOR
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☒ #5 MAILING
On **April 2, 2014** , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ #6 DESCRIPTION
Sex: Male      Color of skin: White      Color of hair: Bald    Age: 36 - 50 Yrs.
Height: 5'9"-6'0"   Weight: 161-200 Lbs.   Other Features: glasses

☐ #7 WITNESS FEES
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ #8 MILITARY SERVICE
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ #9 OTHER

Sworn to before me on April 2, 2014

Patricia Rothkritz
NOTARY PUBLIC STATE OF New York
01R06055503, Qualified in Nassau County
Commission Expires February 26, 2015

Process Server Please Sign
Kenneth R. Doyle
Job #: 1409504   Lic#
Client's File No.:

INTERCOUNTY JUDICIAL SERVICES LLC, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501 LIC#1371771 PH. 516-248-8270, FAX 516-294-6225

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) LAW OFFICES OF JOSEPH F. KILADA PC  PH: (516) 222-0454
1 OLD COUNTRY ROAD STE 347 CARLE PLACE, NY 11514 |

Index Number: 14-CV-1797
Date Filed: 3/20/2014
Court/Return Date:

Winnie Gittens

vs

*Plaintiff*

Mian Enterprises, Khursheed Haman, Gilbert Helou and Cynthia Leno

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

Kenneth R. Doyle, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **April 2, 2014**, at **12:30 pm** at **2157 Roosevelt Ave., East Meadow, NY 11554**, Deponent served the within **Summons in a Civil Action and Complaint, Civil Cover Sheet**

On: **Mian Enterprises**, **Defendant** therein named, (hereinafter referred to as "subject").

☐ #1 INDIVIDUAL
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☒ #2 ENTITY/CORPORATION/LLC/LLP
By delivering to and leaving with **Girbert Helou** said individual to be **Director** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ #3 SUITABLE AGE PERSON
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ #4 AFFIXING TO DOOR
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☐ #5 MAILING
On , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ #6 DESCRIPTION
Sex: Male      Color of skin: White      Color of hair: Bald    Age: 36 - 50 Yrs.
Height: 5'9"-6'0"    Weight: 161-200 Lbs.  Other Features: glasses

☐ #7 WITNESS FEES
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☐ #8 MILITARY SERVICE
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ #9 OTHER

Sworn to before me on April 2, 2014

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
01R06055503, Qualified in Nassau County
Commission Expires February 26, 2015

Process Server, Please Sign
Kenneth R. Doyle
Job #: 1409500  Lic#
Client's File No.:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) LAW OFFICES OF JOSEPH F. KILADA PC  PH: (516) 222-0454
1 OLD COUNTRY ROAD STE 347 CARLE PLACE, NY 11514

Index Number: 14-CV-1797
Date Filed: 3/20/2014
Court/Return Date:

Winnie Gittens

vs

Plaintiff

Mian Enterprises, Khursheed Haman, Gilbert Helou and Cynthia Leno

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

__Kenneth R. Doyle__, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On __April 2, 2014__, at __12:30 pm__ at __2157 Roosevelt Ave., East Meadow, NY 11554__, Deponent served the within Summons in a Civil Action and Complaint, Civil Cover Sheet

On: __Gilbert Helou__, __Defendant__ therein named, ( hereinafter referred to as "subject").

☒ #1 INDIVIDUAL
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ #2 ENTITY/CORPORATION/LLC/LLP
By delivering to and leaving with  said individual to be  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ #3 SUITABLE AGE PERSON
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ #4 AFFIXING TO DOOR
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☐ #5 MAILING
On , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ #6 DESCRIPTION
Sex: Male          Color of skin: White          Color of hair: Bald     Age: 36 - 50 Yrs.
Height: 5'9"-6'0"  Weight: 161-200 Lbs.  Other Features: glasses

☐ #7 WITNESS FEES
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ #8 MILITARY SERVICE
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ #9 OTHER

Sworn to before me on April 2, 2014

Patricia Rothritz
NOTARY PUBLIC STATE OF New York
01R06055503, Qualified in Nassau County
Commission Expires February 26, 2015

Process Server, Please Sign
Kenneth R. Doyle
Job #: 1409494   Lic#
Client's File No.:

INTERCOUNTY JUDICIAL SERVICES LLC, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501 LIC#1371771 PH. 516-248-8270, FAX 516-294-6225

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
ATTORNEY(S) LAW OFFICES OF JOSEPH F. KILADA PC  PH: (516) 222-0454
1 OLD COUNTRY ROAD STE 347 CARLE PLACE , NY 11514

Index Number: 14-CV-1797
Date Filed: 3/20/2014
Court/Return Date:

Winnie Gittens

Plaintiff

vs

Mlan Enterprises, Khursheed Haman, Gilbert Helou and Cynthia Leno

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

__Kenneth R. Doyle__ , being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On __April 2, 2014__, at __12:30 pm__ at __2157 Roosevelt Avenue, East Meadow, NY 11554__, Deponent served the within **Summons in a Civil Action and Complaint, Civil Cover Sheet**

On: __Cynthia Leno__ , __Defendant__ therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with  said individual to be  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to **Gilbert Helou  (co-worker)** a person of suitable age and discretion. Said premises is subject's:[X] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☒ **#5 MAILING**
On April 2, 2014 , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Male      Color of skin: White      Color of hair: Bald      Age: 36 - 50 Yrs.
Height: 5'9"-6'0"  Weight: 161-200 Lbs.  Other Features: glasses

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on April 2, 2014

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
01R06055503, Qualified in Nassau County
Commission Expires February 26, 2015

Process Server Please Sign
Kenneth R. Doyle
Job #: 1409493   Lic#
Client's File No.: